Judgment in a Civil Case

United States District Court
WESTERN DISTRICT OF NEW YORK

THOMAS J DIFONZO, ET AL

    v.

COUNTY OF NIAGARA, ET AL

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 22-CV-588

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Defendants' motions to dismiss are both granted, and the Plaintiffs' Amended Complaint is dismissed. The dismissal is without prejudice.

Date: February 7, 2023

MARY C. LOEWENGUTH
CLERK OF COURT

By: s/ Colin J.
    Deputy Clerk