# BOND SCHOENECK & KING

Avant Building - Suite 900 | 200 Delaware Avenue | Buffalo, NY 14202-2107 | **bsk.com**

**KATHLEEN H. MCGRAW, ESQ.**
kmcgraw@bsk.com
P: 716-416-7052

April 4, 2023

**VIA ELECTRONIC FILING**

Honorable Geoffrey W. Crawford
Chief United States District Judge
P.O. Box 478
Rutland, VT 05702-0478

      Re:    *DiFonzo v. Niagara County, et. al.*
               **Civil Action No. 22-CV-00588**

Dear Judge Crawford,

On April 3, 2023, Plaintiffs filed their Reply in further support of their Motion to Vacate, which (among other things) introduces additional extraneous facts and baselessly accuses Defendants[1] (and/or my office, as counsel) of "harassment" and making "false statements" (*see* Reply Memorandum of Law [CM/ECF Dkt. No. 46] at pp. 1, 9) for raising valid legal arguments as to why Plaintiffs' motion should be denied.

If the Court is inclined to consider the merits of the allegations set forth in Plaintiffs' Reply, Defendants respectfully ask this Court for an opportunity to submit a Sur-Reply to allow them to respond to the same.

Mr. Hickey, who is lead counsel for Defendants, is currently out of the country until April 7, 2023. Accordingly, Defendants ask that they be allowed to file a Sur-Reply on or before April 12, 2023 to respond to the baseless allegations set forth in Plaintiffs' Reply.

Thank you for your consideration of this request.

Respectfully submitted,

**BOND, SCHOENECK & KING, PLLC**

s/ Kathleen H. McGraw


Kathleen H. McGraw
Associate

---

[1] Defendants County of Niagara, Richard E. Updegrove, Niagara County Sheriff's Office, and Michael J. Filicetti ("Defendants").